1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

7
8

9  ALONZO GEORGE DAVIS,             CASE NO. 1:12-cv-01763-SAB

10                Plaintiff,

**ORDER REQUIRING DEFENDANT TO FILE COPY OF ADMINISTRATIVE RECORD WITHIN FOURTEEN DAYS**

11    v.

12  MICHAEL J. ASTRUE,
Commissioner of Social Security,

13
14

15                Defendant.
_____/

16

17      On October 29, 2012, Plaintiff filed the present action in this court seeking review of the

18  Commissioner's denial of an application for benefits.    On November 1, 2012, the Court issued a

19  scheduling order.  (ECF No. 7).  The scheduling order states that within 120 days after service,

20  Defendant shall file and serve a copy of the administrative record which shall be deemed an answer

21  to the complaint. On November 28, 2012, Plaintiff returned an executed copy of the summons

22  showing that Defendant was served by certified mail on November 19, 2012. (ECF No. 8.)  More

23  than 120 days have passed and Defendant has not filed a copy of the administrative record or

24  otherwise responded to the service of the complaint.

25      Accordingly, IT IS HEREBY ORDERED that:

26     1.     Within fourteen days from the date of service of this order, Defendant shall file and

27           serve a copy of the administrative record;

28     2.     Failure to respond to this order could result in the imposition of sanctions, up to an

1    including an entry of default; and

2    3.    **Because Defendant has not yet appeared in this action, the Clerk of the Court**

3    **is directed to serve a copy of this order on those parties listed in Plaintiff's proof**

4    **of service (*see* ECF No. 8).**

5    IT IS SO ORDERED.

6    **Dated:    March 1, 2013**                          _____

7                                                    UNITED STATES MAGISTRATE JUDGE

2