# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

ALONZO GEORGE DAVIS,                          CASE NO. 1:12-cv-01763-SAB

               Plaintiff,

   v.                                          **ORDER VACATING ORDER REQUIRING DEFENDANT TO FILE COPY OF ADMINISTRATIVE RECORD WITHIN FOURTEEN DAYS**

MICHAEL J. ASTRUE,
Commissioner of Social Security,

               Defendant.

_____/

    On March 4, 2013, due to an administrative error, an order issued requiring defendants to file a copy of the administrative record within fourteen days. However, Defendants have until March 22, 2013, to file the administrative record in this action. Accordingly, the previously filed order is HEREBY VACATED.

IT IS SO ORDERED.

  **Dated:**   **March 4, 2013**       _____
                          UNITED STATES MAGISTRATE JUDGE