# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALONZO GEORGE DAVIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.  1:12-cv-01763-SAB<br><br>ORDER GRANTING EXTENSION OF BRIEFING SCHEDULE<br><br>ECF NO. 18 |

On October 15, 2013, Plaintiff Alonzo George Davis ("Plaintiff") filed an ex parte application to extend the deadline for filing his opening brief. (ECF No. 18.) Plaintiff sought a stipulation for an extension from Defendant Commissioner of Social Security ("Defendant") but was unable to due to the federal government shutdown. Good cause having been demonstrated, the Court will grant Plaintiff's application. Accordingly,

IT IS HEREBY ORDERED that Plaintiff is granted a fourteen (14) day extension to file his opening brief.

IT IS SO ORDERED.

Dated:   **October 16, 2013**

　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1